# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

STEVEN VANCE and TIM JANECYK, for themselves and others similarly situated,

Plaintiffs,

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York Corporation,

Defendant.

Case No. 1:20-cv-00577

Hon. Charles P. Kocoras

Magistrate Judge Gabriel A. Fuentes

## DEFENDANT IBM'S MOTION TO DISMISS
## PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT

Defendant IBM, through its counsel, hereby submits this Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint (Dkt. 19) pursuant to Rule 12 (b)(6) of the Federal Rules of Civil Procedure for failure to state a claim. The bases for this motion are set forth in the accompanying Memorandum of Law in support of IBM's Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint ("Memorandum"), filed contemporaneously with this motion.

WHEREFORE, for all reasons set forth and explained more thoroughly in its Memorandum, IBM respectfully requests that this Court dismiss Plaintiffs' Second Amended Class Action Complaint with prejudice.

Dated:  April 16, 2020

Respectfully Submitted,

*/s/ Stephen A. Broome*

Stephen A. Broome
*Admitted Pro Hac Vice*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figeuroa St., 10th Floor
Los Angeles, CA 90405
Telephone: (213) 443-3285
stephenbroome@quinnemanuel.com

Lazar P. Raynal
Kaitlin P. Sheehan
David Lakin
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone: (312) 705-7400
lazarraynal@quinnemanuel.com
kaitlinsheehan@quinnemanuel.com
davidlakin@quinnemanuel.com

**Counsel for IBM**

## CERTIFICATE OF SERVICE

The undersigned attorney for Counsel for IBM hereby certifies that on April 16, 2020 the foregoing was electronically filed with the U.S. District Court Clerk, Northern District of Illinois, Eastern Division, by using the CM/ECF filing system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Stephen A. Broome*
Stephen A. Broome
Counsel for IBM