# EXHIBIT 4

| From: | Scott Drury |
| --- | --- |
| To: | "Kaitlin P. Sheehan" |
| Cc: | "Stephen Broome"; "Lazar Raynal"; "David Lakin"; "Nicholas Lange"; "Nicholas Colella"; "Jamisen Etzel"; "Gary Lynch"; Andrew Miller; Michael Kanovitz |
| Subject: | RE: Vance v. IBM |
| Date: | Friday, June 11, 2021 11:38:00 AM |

Kaitlin:

Thank you for the quick response. What is the status of re-obtaining the Flickr Dataset that IBM previously destroyed and recreating the DiF Dataset?

--Scott

**From:** Kaitlin P. Sheehan <kaitlinsheehan@quinnemanuel.com>
**Sent:** Friday, June 11, 2021 11:36 AM
**To:** Scott Drury <drury@loevy.com>
**Cc:** Stephen Broome <stephenbroome@quinnemanuel.com>; Lazar Raynal <lazarraynal@quinnemanuel.com>; David Lakin <davidlakin@quinnemanuel.com>; Nicholas Lange <nlange@carlsonlynch.com>; Nicholas Colella <ncolella@carlsonlynch.com>; Jamisen Etzel <jetzel@carlsonlynch.com>; Gary Lynch <glynch@carlsonlynch.com>; Andrew Miller <miller@loevy.com>; Michael Kanovitz <mike@loevy.com>
**Subject:** RE: Vance v. IBM

Scott,

IBM anticipates being in a position to produce these documents next week.

Thanks,
Kaitlin

**From:** Scott Drury <drury@loevy.com>
**Sent:** Friday, June 11, 2021 11:25 AM
**To:** Kaitlin P. Sheehan <kaitlinsheehan@quinnemanuel.com>
**Cc:** Stephen Broome <stephenbroome@quinnemanuel.com>; Lazar Raynal <lazarraynal@quinnemanuel.com>; David Lakin <davidlakin@quinnemanuel.com>; Nicholas Lange <nlange@carlsonlynch.com>; Nicholas Colella <ncolella@carlsonlynch.com>; Jamisen Etzel <jetzel@carlsonlynch.com>; Gary Lynch <glynch@carlsonlynch.com>; Andrew Miller <miller@loevy.com>; Michael Kanovitz <mike@loevy.com>
**Subject:** Vance v. IBM

**[EXTERNAL EMAIL from drury@loevy.com]**

Kaitlin:

Please let us know when IBM intends to produce documents related to the seven other custodians it

has identified.

--Scott

     _____
Scott R. Drury
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
312.243.5900
drury@loevy.com