# EXHIBIT 5

| | | |
|---|---|---|
| STEVEN VANCE and TIM JANECYK, for themselves and others similarly situated, | ) ) | |
| | ) | Case No. 20 CV 577 |
| Plaintiffs, | ) | |
| | ) | Judge Charles P. Kocoras |
| v. | ) | |
| | ) | Magistrate Judge Gabriel A. Fuentes |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | ) ) | |
| Defendant. | | |

## DECLARATION OF SCOTT R. DRURY

Scott R. Drury declares and states as follows:

1.      My name is Scott R. Drury. I am an attorney at Loevy & Loevy ("Loevy") in Chicago, Illinois. I am one of the attorneys for Plaintiff Steven Vance in the above-referenced matter.

2.      As one of the attorneys working on this matter, I have been directly involved in Plaintiffs' efforts to resolve discovery disputes with Defendant International Business Machines Corporation ("IBM").

3.      In connection with those efforts, I participated in a Local Rule 37.2 meet and confer conference on May 6, 2021 (the "Conference"). The Conference took place by telephone. The other Conference participants were Andrew Miller (counsel for Plaintiff Vance), Nicholas Lange (counsel for Tim Janecyk), Kaitlin Sheehan (counsel for IBM) and another individual whose name I do not know.

4.      During the Conference, the parties discussed, among other things, the search terms that IBM would run to locate electronically discoverable information ("ESI"). The parties

had been in ongoing negotiations regarding the search terms since January 2021. Defendant contended that the following search terms would generate too many responses and, therefore, needed to be narrowed:

- Watson /5 visual

- Fac! /5 recogni!

- Fac! /5 detect!

5.      In response, Mr. Lange and I both requested that Defendant run Plaintiffs' proposed search terms in order to determine how much data those terms returned. Ms. Sheehan agreed to that proposal.

6.      To date, Ms. Sheehan has not informed Plaintiffs' counsel that she has run the search terms or otherwise let us know the amount of data the search terms returned.

I declare and state under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

 Executed on June 11, 2021

_____
SCOTT R. DRURY