# EXHIBIT 6

| From: | Scott Drury |
|---|---|
| To: | "Kaitlin P. Sheehan" |
| Cc: | "Stephen Broome"; "Nicholas Lange" |
| Subject: | RE: Vance v. IBM: Search Protocol |
| Date: | Thursday, February 11, 2021 3:40:00 PM |
| Attachments: | 2021.02.11 Search Procol (Plaintiffs" Revisions).docx |

Kaitlin:

We appreciate that you have accepted many of our proposed search terms. We attach a revised draft Search Protocol that accepts the unopposed search terms and sets forth proposed modifications to search terms on which we do not agree.

With respect to the "Custodians," "Sources," and "Date Range" sections of the draft Search Protocol, the parties still do not agree. As we discussed during our telephone conference yesterday, Plaintiffs are open to a compromise on the custodians. However, Plaintiffs are at a disadvantage because we do not know the intricacies of IBM's corporate structure. At minimum, the search should cover any person involved with IBM's facial recognition research, products, technologies, software, hardware, algorithms or services from sources related to those persons.

Regarding the "Date Range," limiting the time period to January 1, 2018 to January 22, 2020 is too narrow. As we discussed, to the extent IBM knew of deficiencies, limitations or other problems with its facial recognition products prior to the DiF project, that is discoverable information. Similarly, if IBM contemplated the DiF project prior to January 2018, or engaged in other research projects similar to DiF prior to January 2018, that is discoverable information. We can further discuss this during our conference tomorrow, but it appears that the parties may be at impasse on the issue.

Given that we have a conference scheduled for tomorrow, I suggest that we discuss these open issues then.

--Scott

---

**From:** Kaitlin P. Sheehan <kaitlinsheehan@quinnemanuel.com>
**Sent:** Wednesday, February 10, 2021 11:49 PM
**To:** Scott Drury <drury@loevy.com>; Nicholas Lange <nlange@carlsonlynch.com>
**Cc:** Stephen Broome <stephenbroome@quinnemanuel.com>
**Subject:** Vance v. IBM: Search Protocol

Scott and Nick,

Following up on our meet and confer call today, attached please find our response to the edited search review protocol you circulated on January 15. For ease of review, I have attached a clean word doc and a redline PDF. As discussed, on the custodians, we will follow up separately once we have had a chance to speak with IBM further about those internal IBM employees that requested access and/or received access to the DiF Dataset and a potential limited search related to their emails on same.

For the data sources, we have asked the four IBM researchers who worked on the DiF research project where documents relevant to the DiF research project were stored and maintained, and absent the sources noted in my January 28, 2021 correspondence, the sources identified in the search protocol are a complete list.  Accordingly, there are no other sources to collect from.

As for the date range, as discussed on the call today, the DiF research project did not begin until mid-2018 and thus our proposed start date of January 1, 2018 is more than sufficient.  We appreciate your point regarding IBM's statement in its response to the Gender Shades article and as discussed today, we are going to go back to IBM on that and see what additional information we can provide to give you comfort that the dataset referred to in that article was not the DiF Dataset.  As stated today, we have asked that question directly to Michele and were told it was not the same dataset, but will see what we can provide to confirm further.

Finally, as for the search terms, we are fine with nearly all of your search terms, except for 4 and for each of those we have proposed an alternative.  As you will see from the redline, we accepted your proposed terms:

- 100M
- "DiF" /10 dataset
- Diversity /10 dataset
- "Diversity in faces" /10 dataset
- Fac! /10 "coding scheme"
- Gender /5 shade!
- Buolamwini
- Gebru
- Pilot /2 Parliaments
- Chicago
- Champaign
- Fac! /5 recogni!
- Intrinsic /5 fac! /5 feature
- Fac! /5 detect!
- Craniofacial /5 feature
- Generative /5 adversarial /5 network

As for: Watson /5 visual; Fac! /5 recogni!; Fac! /5 detect!; and Urbana, we have proposed that those terms be modified to a qualifier of w/100 of DiF and w/100 of Diversity in Faces.  First, each of these terms is general and broad and thus, likely to return a large number of hits.  Indeed, when we ran the search terms as proposed by Plaintiffs, each of those terms (alone) was hitting on between 8,500 to 21,500 documents and was returning documents that are not relevant to the DiF/Diversity in Faces research project.  Accordingly, we will run those four terms with the added qualifier to get them down to a more manageable review universe.

Please let me know if you have any questions or would like to discuss.

Thanks,

Kaitlin

**Kaitlin P. Sheehan**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

191 N. Wacker Drive Suite 2700
Chicago, IL 60606
312-705-7443 Direct
312.705.7400 Main Office Number
312.705.7401 FAX
kaitlinsheehan@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.