# EXHIBIT 7

<u>*VANCE v. IBM*</u>: <u>DISCOVERY SEARCH PROTOCOL</u>

1. <u>**CUSTODIANS**</u>

    - John R. Smith
    - Rogerio Feris
    - Michele Merler
    - Nalini Ratha

    > **Commented [A1]:** As set forth in Plaintiffs' Rule 37.2 correspondence, the search should be company-wide. IBM's recent production, as well as common sense, reveal that IBM employees beyond the four listed individuals have information regarding the Diversity in Faces dataset/issues in the case.

2. <u>**SOURCES**</u>

    - IBM DIF Box Folder (not subject to limitations #3 and #4 below)
    - Michele Merler PC Files (not subject to limitations #3 and #4 below)
    - DiF Designated Slack Channel (not subject to limitations #3 and #4 below)
    - All 4 Custodians' Slack Direct Messages
    - Nalini Ratha Sametime Chat History
    - All 4 Custodians' IBM Email

    > **Commented [A2]:** Same comment as above.

3. <u>**DATE RANGE**</u>

    - 1/1/2018 – 1/22/2020

    > **Commented [A3]:** Plaintiffs defined the Relevant Time Period in their discovery requests. As set forth in Plaintiffs' Rule 37.2 letter, the alternative time period proposed by IBM is not proper.

4. <u>**SEARCH TERMS**</u>

    - DiF
    - Diversity /2 face (or) faces
    - "YFCC-100M"
    - 100M
    - YFCC*
    - "DiF" /10 dataset
    - Diversity /10 dataset
    - "Diversity in faces" /10 dataset
    - Coding*
    - Illinois
    - Yahoo
    - Flickr
    - "Figure 8"
    - "Figure Eight"
    - SmugMug
    - "Smug Mug"
    - Creative /2 commons
    - Biometric
    - BIPA
    - "convolutional neural network"

- "CNN"
- "Faster-RCNN"
- "DLIB"
- Craniofacial /4 distances
- Craniofacial /4 areas
- Craniofacial /4 ratios
- Facial /4 symmetry
- Facial/4 contrast
- Skin /4 color
- "ITA"
- Individual /5 angle
- "coding scheme"
- Gender /10 "coding scheme"
- Age /10 "coding scheme"
- Fac! /10 "coding scheme"
- Subjective /4 annotation
- Pose /4 resolution
- Gender /5 shade!
- Buolamwini
- Gebru
- Pilot /2 Parliaments
- (Watson /5 visual) w/100 DiF
- (Watson /5 visual) w/100 "Diversity in Faces"
- Watson/5 visual
- Chicago
- Champaign
- Urbana & "DiF"
- Urbana & "Diversity in Faces"
- Urbana & C$^3$SR
- Urbana & Watson
- Urbana & "IBM Research"
- Urbana & AI
- Urbana & "artificial intelligence"
- Fac! /5 recogni!
- Intrinsic /5 fac! /5 feature
- Fac! /5 detect!
- Craniofacial /5 feature
- Generative /5 adversarial /5 network

**Commented [A4]:** Plaintiffs are open to discussing a search term/phrase that obtains documents related to the error rate of Watson's facial recognition component or other deficiencies with its ability to accurately detect persons of different genders and skin tones.

**Commented [A5]:** We changed "w/100" to "&"

**Commented [A6]:** Same comment as with Watson /5 visual

**Commented [A7]:** Same comment as with Watson /5 visual