**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STEVEN VANCE and TIM JANECYK, for themselves and others similarly situated,  ) | ) |
| ) | Case No. 20 C 577 |
| Plaintiffs,  ) | ) |
| ) | Judge Nancy L. Maldonado |
| v.  ) | ) |
| ) | Magistrate Judge Gabriel A. Fuentes |
| INTERNATIONAL BUSINESS MACHINES CORPORATION,  ) | ) |
| ) | |
| Defendant.  ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree to dismissal with prejudice of all claims and prayers for relief in this action.

Dated: May 10, 2023

Respectfully submitted,

/s/ *Scott R. Drury*
SCOTT R. DRURY

Scott R. Drury
DRURY LEGAL, LLC
6 Carriage Lane
Highwood, Illinois 60040
312.358.8225
scott@drurylegal.com

*Counsel for Plaintiffs*

/s/ Gary Lynch
GARY LYNCH

Gary Lynch
Jamisen A. Etzel
Kenneth A. Held
LYNCH CARPENTER LLP
1133 Penn Avenue, Floor 5
Pittsburgh, PA 15222
412.322.9243
glynch@lcllp.com

Katrina Carroll
Kyle Shamberg
LYNCH CARPENTER LLP
111 West Washington Street, Suite 1240
Chicago, Illinois 60602
312.750.1265

*Counsel for Plaintiffs*

1

*/s/ Kaitlin P. Sheehan*
Kaitlin P. Sheehan
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1881
Telephone: (312) 705-7400
Fax: (312) 705-7401
kaitlinsheehan@quinnemanuel.com

Stephen A. Broome (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
856 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
stephenbroome@quinnemanuel.com

Alison Lo (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100
alisonlo@quinnemanuel.com

Grace S. Pusavat (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
2755 E. Cottonwood Parkway, Suite 430
Salt Lake City, Utah 84121
Telephone: (801) 515-7300
Fax: (801) 515-7400
gracepusavat@quinnemanuel.com

*Counsel for IBM*

**CERTIFICATE OF SERVICE**

Scott R. Drury, an attorney, certifies that on May 10, 2023, the foregoing was electronically filed with the U.S. District Court Clerk, Northern District of Illinois, Eastern Division, by using the CM/ECF filing system, which will send a notice of electronic filing to all CM/ECF participants.


                    */s/ Scott R. Drury*
                    SCOTT R. DRURY