**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Steven Vance, et al.

                                        Plaintiff,

v.                                                      Case No.: 1:20−cv−00577
                                                             Honorable Nancy L. Maldonado

International Business Machines
Corporation

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 11, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado: Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' Stipulation of Dismissal [208], this case is dismissed with prejudice. Civil case terminated. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.